United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNIE JEFFERSON, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-2003 |
| | § | |
| ZB NATIONAL ASSOCIATION, ET AL., | § | |
| *Defendants*. | § | |

## <u>MEMORANDUM AND RECOMMENDATION</u>

Before the Court is Plaintiff's Motion to Dismiss named Defendant Department of Housing and Urban Development (HUD) pursuant to Federal Rule of Civil Procedure 41(a)(2).[1]  HUD has not been served or made an appearance in this action.  Defendant ZB National Association has not objected to the relief Plaintiff seeks in its motion.  The Court therefore RECOMMENDS that Plaintiff's Motion to Dismiss its claims against HUD without prejudice be GRANTED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C).  Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto.*

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 7.

*Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on September 05, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge