United States District Court
Southern District of Texas
**ENTERED**
November 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNIE JEFFERSON, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-02003 |
| | § | |
| | § | |
| vs. | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| U.S. DEPARTMENT OF | § | |
| HOUSING AND URBAN | § | |
| DEVELOPMENT and | § | |
| ZB NATIONAL | § | |
| ASSOCIATION, *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Johnnie Jefferson proceeds here *pro se*. He filed an original petition in state court against ZB National Association and the U.S. Department of Housing and Urban Development. Dkt 1-3. Defendant ZB National Association removed the case to this federal court. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 7.

Pending is a Memorandum and Recommendation by Judge Bryan dated September 5, 2024. Dkt 20. She recommends that a motion by Plaintiff to dismiss his claims against HUD without prejudice be granted. See Dkt 17.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 20.

The motion by Plaintiff to dismiss HUD from this action is GRANTED. Dkt 17.

Plaintiff's claims against the U.S. Department of Housing and Urban Development are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed on November 1, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge